# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra L. White,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Legacy Inn & Suites LLC,<br><br>　　　　Defendant. | No. CV-19-05571-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 23).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and any pending motions are denied as moot.

Dated this 20th day of May, 2020.

_____
Dominic W. Lanza
United States District Judge